FILED

OCT 1 6 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. WJ7-811M |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | [Count One:  18 U.S.C. §§ 7(3) & 13 and |
| v. | ) | T.P.C. § 49.04(a) & (d) – Driving While |
| | ) | Intoxicated, BAC ≥ .15 |
| TAYLOR C. LITTLE, | ) | Count Two:  18 U.S.C. §§ 7(3) & 13 and |
| | ) | T.P.C. §49.031(b) – Possession of |
| Defendant. | ) | Alcoholic Beverage in Motor Vehicle] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 49.04(a) &(d)]

On or about September 16, 2017, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

### TAYLOR C. LITTLE,

did operate a motor vehicle in a public place while intoxicated, at the time of testing had a blood alcohol concentration level of 0.15 or more grams of alcohol per 100 milliliters of blood in violation of Sections 49.04(a) &(d) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

### COUNT TWO
[18 U.S.C. §§ 7(3) & T.P.C. §49.031(b)]

On or about September 16, 2017, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

TAYLOR C. LITTLE

knowingly possessed an open container of alcohol in a passenger area of a motor vehicle that was located on a public highway, in violation of Section 49.031(b) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
BENJAMIN W. HOGAN
Special Assistant U. S. Attorney