IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. WJ17-811M ) |
| TAYLOR C. LITTLE, | ) ) ) |
| Defendant. | ) |

## FACTUAL BASIS

On September 16, 2017, DEFENDANT TAYLOR C. LITTLE was operating his motor vehicle on Tank Destroyer Boulevard, Fort Hood, Texas, a place within the special maritime and territorial jurisdiction of the United States. DEFENDANT was traveling Eastbound on a one lane road divided by a raised median in the wrong direction. The Military Police initiated a traffic stop and approached the vehicle. While speaking with DEFENDANT the Military Police noticed blood shot eyes and smelled a strong odor of an alcoholic beverage emitting from DEFENDANT. DEFENDANT was administered and failed a Field Sobriety Test. Before getting transported to the Military Police Station DEFENDANT asked to make a phone call. When reaching in the car to grab DEFENDANT'S cell phone the Military Police Officer noticed a bottle of alcohol in the passenger door. Upon examining the bottle, the Military Police noticed that the bottle contained a consumable amount of alcohol. The Military Police asked DEFENDANT if he was drinking the beer, the DEFENDANT replied he had drunk two beers and had been drinking Jack and Coke all night. DEFENDANT was apprehended and transported to the Military Police Station where he failed a videotaped Field

Sobriety Test. DEFENDANT waived his DWI Statutory Warning and provided a breath sample, which rendered a result of 0.165 grams of alcohol per 100 milliliters of blood.

I, TAYLOR C. LITTLE, have read and discussed this factual basis with my attorney and agree that it is an accurate summary of the facts supporting the charge to which I am pleading guilty.

_____    12-8-17
Signature                                                    Date