CLERK'S COPY
FILED
DEC 1 1 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

UNITED STATES OF AMERICA

v.

TAYLOR C. LITTLE

Defendant.

Case Number: 6:17-MJ-00811-JCM(1)
USM Number: NOT PROIVDED

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, TAYLOR C. LITTLE, was represented by Robert T. Swanton.
On motion of the United States, the Court has dismissed Count 2.
The defendant pled guilty to Count 1 of the Information on 12/08/2017. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count |
|---|---|---|---|
| 18 USC 13 & Texas Penal Code 49.04(a)&(d) | Driving While Intoxicated, BAC over 0.15 | 09/16/2017 | 1 |

As pronounced on 12/11/2017, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 11th day of December, 2017.

_____
JEFFREY C. MANSKE
United States Magistrate Judge